CHARLES E. PATTERSON, Receiver, etc., Appellant, *v.* DANIEL ROBINSON et al., Respondents.

(Argued June 2, 1884 ; decided June 10, 1884.

*Charles E. Patterson* for appellant.

*Samuel Hand* and *Esek Cowen* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.